ORIGINAL 08-151 C

**DISCLOSURE STATEMENT UNDER RCFC 7.1**

In accordance with RCFC 7.1 undersigned counsel for Plaintiff Allied Materials & Equipment Co., Inc. certifies that the Plaintiff is a nongovernmental corporation. The Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

James S. DelSordo

FILED
MAR 11 2008
U.S. COURT OF FEDERAL CLAIMS