IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| ALLIED MATERIALS & EQUIPMENT CO., INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-151C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Carrie A. Dunsmore, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:


Carrie A. Dunsmore
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor


s/Carrie A. Dunsmore


Carrie A. Dunsmore
Trial Attorney
Commercial Litigation Branch
Civil Division
Phone: (202) 305-7576
Fax: (202) 514-8624
Email:Carrie.Dunsmore@usdoj.gov


Dated: March 11, 2008

**CERTIFICATE OF FILING**

I hereby certify that on March 11, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Carrie A. Dunsmore