# In the United States Court of Federal Claims

No. 08-151 C

(E-Filed: March 11, 2008)

| | |
|---|---|
| ALLIED MATERIALS & EQUIPMENT CO., INC., Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

ORDER

The court held a telephonic status conference (TSC) on March 11, 2008 at approximately 4:48 p.m. Eastern Daylight Time (EDT) with counsel to plaintiff, Allied Materials & Equipment Co., Inc. (Allied), Mr. James S. DelSordo, defendant's counsel, Ms. Carrie Dunsmore, and agency counsel, Mr. Ed Murray. Further to the TSC, the court provides the following directive concerning the content of the Administrative Record (AR) to be filed with the court[1] and the schedule for subsequent briefing in accordance with Rule 52.1(b) of the Rules of the United States Court of Federal Claims (RCFC).

1. As contemplated by RCFC 52.1(a), defendant shall, for the purpose of permitting the court to evaluate plaintiff's pending complaint, assemble, file, and serve upon opposing counsel on or before 5:00 p.m. EDT on Friday, March 21, 2008, a continuous Bates-stamped AR to include all

[1]In addition to filing the Administrative Record (AR) electronically, one paper copy of the AR shall be provided to chambers through the Office of the Clerk of the Court no later than 5:00 p.m. Eastern Daylight Time (EDT) on Monday, March 24, 2008. The parties shall also, in accordance with the Rules of the United States Court of Federal Claims (RCFC) Appendix E, Part IV, ¶ 10, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.

documents[2] related to (i) the preparation and/or promulgation, including all amendments, of Solicitation No. SPM4A7-07-R-0408 (the Solicitation); (ii) the proposals submitted by Allied and ILC Dover, LP (ILC) in response to the Solicitation; (iii) the Award of the Contract under the Solicitation including, without limitation, all documents relating to the evaluation of the proposals of Allied and ILC and all communications between Allied and defendant and all communications between ILC and defendant; and (iv) copies of all amendments to the Solicitation, including all documents relating to the transmission of all amendments to the Solicitation to Allied and ILC and all confirmations of receipt of all such amendments.

2. Plaintiff and defendant shall file with the court and serve on one another their motions for judgment on the AR on or before Friday, March 28, 2008 at or before 5:00 p.m. EDT.

4. Plaintiff and defendant shall file their respective responses on or before Tuesday, April 8, 2008 at or before 5:00 p.m. EDT.

5. Plaintiff and defendant shall file their respective replies on or before Thursday, April 10, 2008 at or before 5:00 p.m. EDT.

6. The court will hear oral argument on the merits at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Friday, April 11, 2008 at 9:00 a.m. EDT.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1. The court will hold a TSC at 9:30 a.m. EDT on Wednesday, March 12, 2008 to discuss any issues regarding this Order or any other aspect of this proceeding.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge

[2]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.