**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALLIED MATERIALS & EQUIPMENT CO. INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 08-151C** |
| | ) | **(Judge Hewitt)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**MOTION TO INTERVENE**

Pursuant to Rule 24 of the Rules of the United States Court of Federal Claims ("RCFC"), ILC Dover, LP ("ILC") respectfully moves to intervene in the above-entitled action. As set forth in the accompanying Memorandum of Points and Authorities, ILC is entitled to intervene as a matter of right under RCFC 24(a); in addition, or in the alternative, ILC qualifies for permissive intervention under RCFC 24(b).

Respectfully submitted,

/s/ James J. McCullough

James J. McCullough
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004-2505
TELEPHONE: 202-639-7000
FACSIMILE: 202-639-7008
mcculja@ffhsj.com

Counsel to ILC Dover, LP

March 18, 2000

**CERTIFICATE OF SERVICE**

This is to certify that, on the 18th day of March 2008, I caused copies of the foregoing Motion to Intervene and Memorandum of Law in Support thereof to be transmitted to the following through the CM/ECF system:

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center Street
Suite 307
Manassas, VA 20110

Carrie Anna Dunsmore, Esq.
United States Department of Justice, Civil Division
1100 L Street
Washington, DC 20007

s/ Joseph R. DeSantis
Joseph R. DeSantis

*290949*