# In the United States Court of Federal Claims

No. 08-151 C

(E-Filed: March 19, 2008)

ALLIED MATERIALS & EQUIPMENT CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

ILC DOVER, LP,

Defendant-Intervenor.

ORDER

Before the court are the Motion to Intervene (motion) and a memorandum of points and authorities in support of the motion filed by ILC Dover, LP (ILC). For the reasons stated therein, ILC's motion is GRANTED. Defendant-intervenor's counsel is deemed admitted under the court's protective order pursuant to paragraph 3 of the Protective Order of March 12, 2008.[1]

Defendant-intervenor's attention is directed to the court's scheduling order of March 11, 2008. Defendant-intervenor shall file with the court its motion for judgment

[1]The date on the court's Protective Order, docket entry no. 8, is mistakenly written as March 12, 2007. The Protective Order was filed on March 12, 2008 and the court will refer to the Protective Order as the court's Protective Order of March 12, 2008.

on the administrative record on or before Friday, March 28, 2008 at 5:00 p.m. Eastern Daylight Time (EDT). See Order of March 11, 2008. Defendant-intervenor shall file its response to plaintiff's motion for judgment on the administrative record on or before Tuesday, April 8, 2008 at 5:00 p.m. EDT. Id. Defendant-intervenor shall file its reply to plaintiff's response on or before Thursday, April 10, 2008 at 5:00 p.m. EDT. Id.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge