# In the United States Court of Federal Claims

No. 08-151 C

(E-Filed: March 31, 2008)

| | |
|---|---|
| ALLIED MATERIALS & EQUIPMENT CO., INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| ILC DOVER, LP, | ) |
| Defendant-Intervenor. | ) |

<u>ORDER</u>

Before the court are various documents filed by the parties on March 28, 2008. The parties' filings contain the following deficiencies, including, in paragraph 2, below, a deficiency requiring correction:

1. Defendant's Motion For Judgment Upon the Administrative Record (defendant's Motion), Docket Entry No. 15, has a deficiency regarding the table of contents/index to appendix, <u>see</u> Rules of the United States Court of Federal Claims (RCFC) 5.3(a)(1)(A); <u>see also</u> RCFC 5.3(a)(1)(G). According to the RCFC, "the first brief or memorandum due shall contain, . . . a table of contents, including the specific contents of any appendix or appendices to the brief or memorandum, listing the various items in the appendix, including the number and description of every item and exhibit that is being reproduced, together with the number of the page at which the

item appears." RCFC 5.3(a)(1)(A); see also RCFC 5.3(a)(1)(G). Because defendant's Motion does contain a table of contents, the court does not require defendant to correct the deficiency.

2. Defendant Intervenor's Motion For Judgment on the Administrative Record (defendant-intervenor's Motion), Docket Entry No. 17, has a deficiency regarding the table of contents, see RCFC 5.3(a)(1)(A). Defendant-Intervenor's Motion does not contain a table of contents at all. Defendant-Intervenor shall FILE a corrected Motion on or before Wednesday, April 2, 2008.

3. Plaintiff's Memorandum in Support of its Motion [For] Judgment on the Administrative Record, Docket Entry No. 19, should have been attached to plaintiff's Motion [For] Judgment on the Administrative Record, see RCFC 7(b)(1). Plaintiff is not required to correct this deficiency.

4. Plaintiff's Proposed Findings of Uncontroverted Fact, Docket Entry No. 20, does not conform to RCFC 52.1(b), see RCFC 52.1(b). Plaintiff's Proposed Findings of Uncontroverted Fact will be regarded as a Statement of Facts as required by RCFC 52.1(b). See RCFC 52.1(b).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge