# In the United States Court of Federal Claims

No. 08-151 C

(E-Filed: April 9, 2008)

ALLIED MATERIALS & EQUIPMENT CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

ILC DOVER, LP,

Defendant-Intervenor.

ORDER

Before the court is the Administrative Record (AR) in this case, filed by defendant on March 21, 2008. Docket Entry No. 14. The parties shall provide, at or before 4:30 p.m. today, Wednesday, April 9, 2008, an index, in reasonable detail, to pages 220-448 of the AR.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge