# In the United States Court of Federal Claims

No. 08-151 C

(E-Filed: April 9, 2008)

ALLIED MATERIALS & EQUIPMENT CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

ILC DOVER, LP,

Defendant-Intervenor.

ORDER

The parties are advised that, absent a motion to supplement the Administrative Record (AR), properly supported, to which the other parties are given an opportunity to respond, the court will not consider material outside the AR, including the declarations of Andree D. Toon and William Loafman attached to the parties' briefing. See Emerald Coast Finest Produce Co. Inc. v. United States, 76 Fed. Cl. 445, 448-50 (2007).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge