# In the United States Court of Federal Claims

**No. 08-151 C**

**ALLIED MATERIALS & EQUIPMENT CO., INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**ILC DOVER, LP,**
**Defendant-Intervenor.**

Pursuant to the court's Opinion, filed April 17, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and defendant-intervenor. No costs.

John S. Buckley
Acting Clerk of Court

**April 18, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.