**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ALLIED MATERIALS & EQUIPMENT CO. INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA,** | ) | **BID PROTEST** |
| | ) | **No. 08-151C** |
| **Defendant,** | ) | **(Judge Hewitt)** |
| **and** | ) | |
| **ILC DOVER, LP,** | ) | |
| **Defendant-Intervenor.** | ) | |

**DEFENDANT-INTERVENOR'S MOTION TO AMEND COURT'S OPINION REGARDING OF COUNSEL PARTICIPATION**

Pursuant to Rule 83.1(c)(1) of the Rules of the United States Court of Federal Claims, Defendant-Intervenor ILC Dover, LP respectfully requests that the Court amend the Opinion issued in the above-captioned case on April 17, 2008 to add Deneen J. Melander and William S. Speros as "Of Counsel." Both Ms. Melander and Mr. Speros are admitted to practice before the Court and both Ms. Melander and Mr. Speros provided significant assistance to the attorney of record with respect to the filings and proceedings in this matter.

Respectfully submitted,

s/ James J. McCullough
James J. McCullough
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
1001 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20004-2505
TELEPHONE: 202-639-7000
FACSIMILE: 202-639-7008
mcculja@ffhsj.com

Counsel to ILC Dover, LP

Of Counsel: Deneen J. Melander
William S. Speros

April 21, 2008

*7015253_1*

**CERTIFICATE OF SERVICE**

This is to certify that, on the 21st day of April 2008, I caused copies of the foregoing Defendant-Intervenor's Motion to Amend Court's Opinion Regarding Of Counsel Participation to be transmitted to the following through the CM/ECF system:

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center Street, Suite 307
Manassas, VA 20110

Carrie Anna Dunsmore, Esq.
United States Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20007

s/ Joseph R. DeSantis
Joseph R. DeSantis