# In the United States Court of Federal Claims

No. 08-151 C

(E-Filed: April 28, 2008)

| | |
|---|---|
| ALLIED MATERIALS & EQUIPMENT CO., INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| ILC DOVER, LP, | ) |
| Defendant-Intervenor. | ) |

ORDER

Before the court is Defendant-Intervenor's Motion to Amend Court's Opinion Regarding Of Counsel Participation (defendant-intervenor's Motion), filed April 21, 2008. The court anticipates producing a copy of the published opinion and will include Deneen J. Melander and William S. Speros as "Of Counsel." In accordance with the foregoing, defendant-intervenor's Motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge